# Matthew Handley

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Thursday, January 2, 2020 12:22 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-02673-VEC Belle et al v. City Of New York et al Order on Motion for Leave to File Document |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 1/2/2020 at 12:22 PM EST and filed on 1/2/2020
**Case Name:** Belle et al v. City Of New York et al
**Case Number:** 1:19-cv-02673-VEC
**Filer:**
**Document Number:** 33

**Docket Text:**
**ORDER: granting [32] Letter Motion for Leave to File Document. Plaintiffs' motion for leave to file an amended complaint as proposed is GRANTED. The amended pleading must be filed on or before January 9, 2020. SO ORDERED. (Signed by Judge Valerie E. Caproni on 1/02/2020) (ama)**

**1:19-cv-02673-VEC Notice has been electronically mailed to:**

Matthew Keith Handley     MHANDLEY@HAJUSTICE.COM, mhandley@hfajustice.com, jabetti@hfajustice.com

Cyrus Joubin     joubinlaw@gmail.com

George Fuad Farah     gfarah@hfajustice.com, jabetti@hfajustice.com

Debra M. March     dmarch@law.nyc.gov, ecf@law.nyc.gov

Rebecca P. Chang     rchang@hfajustice.com

Stephanie Michelle Vilella Alonso     svilella@law.nyc.gov

**1:19-cv-02673-VEC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/2/2020] [FileNumber=23335567-0
] [6253c81eb74997140031dfcf875e1cccd436b2c49a7ee5bba1f9c45cf87dc0bd2ce
7eee5b49b7b2131e5a9ee8ff15e2dbe3a2f5a898b02e791a3787502ff8d6d]]