

October 1, 2020

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

Re: <u>Belle, et al., v. City of New York, et al.</u>, 19 CV 2673 (VEC)

Dear Judge Caproni:

The parties respectfully submit this joint update in accordance with the Court's June 21, 2019 Order (ECF No. 18).

Over the past month, the parties have taken the following actions to further the litigation:

- On September 1, 2020, the parties submitted a proposed amended litigation schedule, which the Court so-ordered (ECF No. 64).
- By March 19, 2020, Defendant City confirmed that record searches had been documented for Plaintiffs Richmond Appiah, Bonacio Crespi, and Edison Quito. On September 25, 2020, the City identified the NYPD officers involved in the alleged stop and records search of plaintiff Richmond Appiah. On September 30, 2020, the City produced records relating to Edison Quito, which in the City's opinion demonstrates that the previously identified record search conducted for Quito was made in connection with a separate incident resulting in a summons issued to Quito. The City has represented that it has no other indication that a records search was conducted for Quito on any other relevant dates. Plaintiffs still await identification of the NYPD officers involved in the stop and record search of Plaintiff Crespi and

requested document production related to his stop. The parties will meet and confer about the scope of additional disclosures and the timeline for outstanding document productions.
- The parties have scheduled the deposition of NYPD Sergeant Joseph Klubnick for October 29, and have been meeting and conferring about deposition schedules for the named plaintiffs and NYPD officers involved in the alleged stops and records searches.

Thank you for your consideration of this matter.

Respectfully submitted,

| | |
|---|---|
| CYRUS JOUBIN<br>43 West 43rd Street, Suite 119<br>New York, NY 10036 | JAMES JOHNSON<br>Corporation Counsel of the<br>City of New York<br>100 Church Street<br>New York, NY 10007<br>*Attorney for Defendant City of New York* |

GEORGE FARAH
MATTHEW HANDLEY
REBECCA P. CHANG
HANDLEY FARAH & ANDERSON PLLC
777 6th Street NW, 11th Fl.
Washington, DC 20001

JAMES L. BERNARD
KEVIN CURNIN
DAVID J. KAHNE
TALONA H. HOLBERT
MICHAEL MALLON
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

MOLLY GRIFFARD
STEVEN WASSERMAN
COREY STOUGHTON
ANTHONY POSADA
THE LEGAL AID SOCIETY
199 Water Street, 6th Floor
New York, New York 10038

*Attorneys for Plaintiff*

By: _____  By: _/s/ W. KeAupuni Akina_
    Cyrus Joubin                                Stephanie Michelle Vilella Alonso
    George F. Farah                         W. KeAupuni Akina
    Matthew K. Handley                 *Attorneys for City of New York*
    Rebecca P. Chang
    James L. Bernard
    Kevin Curnin
    David J. Kahne
    TaLona H. Holbert
    Michael Mallon
    Molly Griffard
    Steven Wasserman
    Corey Stoughton
    Anthony Posada
    *Attorneys for Plaintiffs*