USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
TERRON BELLE, WILLIAM RIOS, RICHARD
APPIAH, EDISON QUITO, BONACIO CRESPI,
JAMEEL LANG, LUIS RIOS,
on behalf of themselves and others similarly
situated,

                                    Plaintiffs,                    19-CV-2673 (VEC)

            -against-                                ORDER

THE CITY OF NEW YORK,
NEW YORK CITY POLICE OFFICERS
"JOHN DOE" 1-50, in their individual and
official capacities,

                                         Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 27, 2020, the parties appeared before the Court for a telephone conference to resolve a discovery dispute pursuant to Individual Rule 3B;

       IT IS HEREBY ORDERED THAT the parties must meet and confer to try and resolve the dispute. The parties must file a joint letter of no more than three pages, by no later than **Friday, October 30, 2020**, either informing the Court that the dispute has been resolved, or providing additional detail about the dispute and each side's arguments and proposed remedies.

**SO ORDERED.**

**Date: October 27, 2020**
**New York, New York**
                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**