USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2020





MEMO ENDORSED

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEPHANIE M. VILELLA ALONSO**
Assistant Corporation Counsel
Phone: (212) 356-2318
Fax: (212) 356-3559
svilella@law.nyc.gov

October 29, 2020

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    <u>Terron Belle, et al., v. City of New York, et al.</u>, 19-CV-2673 (VEC)

Your Honor:

      Defendants write to request an extension of time, from October 30, 2020, until November 5, 2020, to resolve their discovery dispute with Plaintiffs. Plaintiffs consent to this request.

      On October 27, 2020, the parties appeared before the Court to resolve a discovery dispute. (<u>See</u> ECF No. 67) The Court ordered the parties to meet and confer to try and resolve the dispute. (<u>See id</u>.) The Court further ordered the parties to write jointly to the Court by Friday, October 30, 2020. (<u>See id</u>.)

      The parties have met twice since the Conference to discuss this dispute. Notwithstanding, the parties would like to continue discussing this issue with the hope that this can be resolved next week, or if not resolved, that the issues can be clarified and narrowed prior to presenting them to the Court. Accordingly, the parties respectfully request that the Court extend their time to file a joint letter until November 5, 2020.

      Thank you for your consideration herein.

Respectfully submitted,

*/s/ SMV*

Stephanie Michelle Vilella Alonso
*Assistant Corporation Counsel*

cc: **BY ECF**
Cyrus Joubin, George Farah, Matthew Handley, Rebecca Chang, Molly Griffard, Corey Stoughton, James Lawrence Bernard, David Jonathan Kahne
*Attorneys for Plaintiffs*

Application GRANTED. The parties must file a joint letter of no more than three pages, by no later than **Thursday, November 5, 2020,** either informing the Court that the dispute has been resolved, or providing additional detail about the dispute and each side's arguments and proposed remedies.

SO ORDERED.

Date: October 30, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE