

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **W. KEAUPUNI AKINA**<br>*Senior Counsel*<br>Phone: (212) 356-2377<br>Fax: (212) 356-3509<br>Email: wakina@law.nyc.gov |

November 20, 2020

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: <u>Terron Belle, et al. v. City of New York, et al.</u>, 19 Civ. 2673 (VEC)

Your Honor:

        I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and one of the attorneys representing defendant City of New York in the above-referenced matter. Defendant respectfully requests that the Court endorse the attached stipulation and order to govern depositions in this matter, which respective counsel for both parties have stipulated to and executed.

        Thank you for your consideration of this matter.

        Respectfully submitted,

        /s/ *W. KeAupuni Akina*
        W. KeAupuni Akina
        *Senior Counsel*

cc:    All counsel of record (via ECF)