```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TERRON BELLE, WILLIAM RIOS, RICHARD       :
APPIAH, EDISON QUITO, BONACIO CRESPI,     :
JAMEEL LANG, LUIS RIOS,                   :
on behalf of themselves and others similarly :
situated,                                 :
                                          :
                          Plaintiffs,     :      19-CV-2673 (VEC)
                                          :
            -against-                     :      ORDER
                                          :
THE CITY OF NEW YORK,                     :
NEW YORK CITY POLICE OFFICERS             :
"JOHN DOE" 1-50, in their individual and  :
official capacities,                      :
                          Defendants.     :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on December 8, 2020, the Court received a call to chambers regarding a discovery dispute;

   IT IS HEREBY ORDERED THAT the parties must appear for a teleconference with the Court on **December 8, 2020, at 4:00 p.m.**  The parties may dial-in using (888) 363-4749; Conference Code: 3121171; Security Code: 2673.


**SO ORDERED.**

Date:  December 8, 2020                    _____
       New York, New York                     **VALERIE CAPRONI**
                                              **United States District Judge**