UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

-----------------------------------------------------------------X

TERRON BELLE, WILLIAM RIOS, RICHARD       :
APPIAH, EDISON QUITO, BONACIO CRESPI,     :
JAMEEL LANG, LUIS RIOS,                    :
on behalf of themselves and others similarly      :
situated,                                  :
                                           :
                          Plaintiffs,      :          19-CV-2673 (VEC)
                                           :
            -against-                      :          ORDER
                                           :
THE CITY OF NEW YORK,                      :
NEW YORK CITY POLICE OFFICERS              :
"JOHN DOE" 1-50, in their individual and   :
official capacities,                       :
                          Defendants.      :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 8, 2020, the parties appeared before the Court by

teleconference to resolve a discovery dispute;

IT IS HEREBY ORDERED that Defendants must make an *ex parte* submission of the

relevant disciplinary records, and any accompanying letter motion to the extent Defendants wish

to further explain their position, not later than **December 9, 2020**.  As discussed, Defendants

must identify the portions of the records that have been redacted.

IT IS FURTHER ORDERED that the parties must appear for a teleconference to discuss

additional discovery issues on **December 15, 2020, at 10:00 a.m.**


**SO ORDERED.**

_____

**Date:  December 8, 2020**                              **VALERIE CAPRONI**
    **New York, New York**                          **United States District Judge**