USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TERRON BELLE, WILLIAM RIOS, RICHARD :
APPIAH, EDISON QUITO, BONACIO CRESPI, :
JAMEEL LANG, LUIS RIOS, :
on behalf of themselves and others similarly :
situated, :
                                                  :
                                   Plaintiffs, :          19-CV-2673 (VEC)
                                                  :
                  -against-              :          ORDER
                                                  :
THE CITY OF NEW YORK, :
NEW YORK CITY POLICE OFFICERS :
"JOHN DOE" 1-50, in their individual and :
official capacities, :
                                   Defendants. :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 8, 2020, the parties appeared before the Court for a discovery

dispute concerning redactions of NYPD disciplinary records;

WHEREAS Defendants made an *ex parte* submission of the relevant disciplinary records,

identifying for the Court the previously redacted material; and

WHEREAS the Court has indicated to Defendants the material in the disciplinary records

that Defendants must unredact;

IT IS HEREBY ORDERED that Defendants must unredact the material identified by the

Court and provide to Plaintiffs an updated copy of the disciplinary records containing the newly

unredacted material not later than **December 10, 2020, at 9:00 a.m.**  While the Court upholds

most of Defendants' redactions as information not subject to discovery, the Court finds that

Defendants were marginally too cautious in determining the potential relevance of certain

material in the disciplinary records.

**SO ORDERED.**

**Date:   December 9, 2020**
        **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**