USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

TERRON BELLE, WILLIAM RIOS, RICHARD   :
APPIAH, EDISON QUITO, BONACIO CRESPI,   :
JAMEEL LANG, LUIS RIOS,   :
on behalf of themselves and others similarly   :
situated,   :
    :
                  Plaintiffs,   :        19-CV-2673 (VEC)
    :
        -against-   :         ORDER
    :
THE CITY OF NEW YORK,   :
NEW YORK CITY POLICE OFFICERS   :
"JOHN DOE" 1-50, in their individual and   :
official capacities,   :
              Defendants.   :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     WHEREAS a telephone conference is currently scheduled for **Tuesday, December 15, 2020, at 10:00 A.M.**, Dkt. 92;

     IT IS HEREBY ORDERED that all parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 2673.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  December 13, 2020                      _____
       New York, New York                  **VALERIE CAPRONI**
                                             **United States District Judge**