USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
TERRON BELLE, WILLIAM RIOS, RICHARD APPIAH, EDISON QUITO, BONACIO CRESPI, JAMEEL LANG, LUIS RIOS,
on behalf of themselves and others similarly situated,

                          Plaintiffs,                      19-CV-2673 (VEC)

               -against-                         ORDER

THE CITY OF NEW YORK,
NEW YORK CITY POLICE OFFICERS
"JOHN DOE" 1-50, in their individual and
official capacities,

                          Defendants.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 15, 2020, the parties appeared for a telephone conference;

       IT IS HEREBY ORDERED that the parties must meet and confer to resolve any outstanding discovery disputes. The parties agreed that Plaintiffs will provide additional search terms to Defendant; the parties must meet and confer regarding the additional terms. If they cannot agree, they should write a joint letter to the Court outlining their respective positions. The parties further agreed that Defendant will provide Plaintiffs a written confirmation that NYPD records search data relevant to the time frame at issue in this case has not been and will not be destroyed in the foreseeable future. The Court reminds the parties that they must meet and confer in an effort to resolve all discovery disputes before presenting them to the Court.

       IT IS FURTHER ORDERED that the deadline for fact discovery is adjourned to **Monday, February 22, 2021**. Given this extension, the deadline for either party to move for summary judgment with respect to the individual claims of the named plaintiffs is adjourned to **Friday, March 26, 2021**. Using that as the date by which any motion for summary judgment

must be made, the parties must meet and confer and propose a schedule for the balance of the briefing on any motion for summary judgment. The parties must include the proposed briefing schedule in their January 2021 status report. All other discovery deadlines remain the same. *See* Dkt. 64.

**SO ORDERED.**

Date:  December 15, 2020
       New York, New York

                                     **VALERIE CAPRONI**
                                     **United States District Judge**