USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
TERRON BELLE, WILLIAM RIOS, RICHARD :
APPIAH, EDISON QUITO, BONACIO CRESPI, :
JAMEEL LANG, LUIS RIOS, :
on behalf of themselves and others similarly :
situated, :
                                   :
                           Plaintiffs, :            19-CV-2673 (VEC)
                                     :
            -against- :            <u>ORDER</u>
                                     :
THE CITY OF NEW YORK, :
NEW YORK CITY POLICE OFFICERS :
"JOHN DOE" 1-50, in their individual and :
official capacities, :
                           Defendants. :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

         WHEREAS on April 14, 2021, the parties called Chambers with a discovery dispute;

         IT IS HEREBY ORDERED that the parties must appear for a telephone conference on

**Thursday, April 15, 2021, at 3:30 P.M.**  All parties and any interested members of the public

must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code

2673.  All attendees are advised to mute their phones when not speaking and to self-identify each

time they speak. Recording or rebroadcasting the proceeding is  strictly prohibited by law.


**SO ORDERED.**

Date:  **April 14, 2021**
        **New York, New York**
                                                 **VALERIE CAPRONI**
                                             **United States District Judge**