USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
TERRON BELLE, WILLIAM RIOS, RICHARD
APPIAH, EDISON QUITO, BONACIO CRESPI,
JAMEEL LANG, LUIS RIOS,
on behalf of themselves and others similarly
situated,

                              Plaintiffs,                    19-CV-2673 (VEC)

            -against-                      ORDER

THE CITY OF NEW YORK,
NEW YORK CITY POLICE OFFICERS
"JOHN DOE" 1-50, in their individual and
official capacities,

                              Defendants.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 15, 2021, the parties appeared for a telephone conference to resolve a discovery dispute;

      WHEREAS Defendants objected to additional discovery requiring further audits related to the Domain Awareness System ("DAS");

      WHEREAS Plaintiffs represented that they were willing to pay for additional discovery related to "DAS snapshots;"

      WHEREAS Defendants represented that such discovery could be completed within 30 days; and

      WHEREAS the parties requested to adjourn the April 22, 2021 fact discovery deadline by 90 days;

      IT IS HEREBY ORDERED that Plaintiffs' request to take additional discovery related to DAS snapshots is GRANTED, on the condition that they pay for it.

IT IS FURTHER ORDERED that the fact discovery deadline is adjourned to **Wednesday, June 30, 2021**.

IT IS FURTHER ORDERED that any party that wishes to file a Motion for Summary Judgment with respect to the named Plaintiffs must do so by no later than **Friday, September 3, 2021**. Any responses in opposition are due no later than **Friday, October 8, 2021**. Any replies in support are due no later than **Friday, October 22, 2021**.

**SO ORDERED.**

Date: April 15, 2021
New York, New York

_____
VALERIE CAPRONI
United States District Judge