

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**W. KEAUPUNI AKINA**
*Senior Counsel*
phone: (212) 356-2377
wakina@law.nyc.gov

May 27, 2021

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Terron Belle et al. v. City of New York et al., 19-CV-2673 (VEC)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and one of the attorneys assigned to the defense of this case. I write to respectfully request to be terminated from the docket as counsel for defendants as I will be leaving the Law Department effective June 4, 2021. Ms. Vilella and Ms. Rolon, who are also counsel of record for the defendants, will continue in that capacity.

Thank you for your time and consideration herein.

Respectfully submitted,

/s/ *W. KeAupuni Akina*
W. KeAupuni Akina
*Senior Counsel*

cc: All counsel of record (ECF)