

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **STEPHANIE M. VILELLA ALONSO**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2318<br>Fax: (212) 356-3509<br>svilella@law.nyc.gov |

July 7, 2021

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: <u>Terron Belle et al. v. City of New York et al.</u>, 19-CV-2673 (VEC)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and one of the attorneys assigned to the defense of this case. I write to respectfully request to be terminated from the docket as counsel for defendants, as I will be leaving the Law Department. Ms. Rolon, who is also counsel of record for the defendants, will continue in that capacity.

    Thank you for your consideration herein.

                                          Respectfully submitted,

                                          Stephanie Michelle Vilella Alonso
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division

cc:    **BY ECF**
        All counsel of record