USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRON BELLE, et al.,

    Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

19-CV-2673 (VEC) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Barbara Moses to hear and determine defendants' letter-motion, pending at Dkt. No. 127, seeking a protective order with respect to plaintiffs' second amended 30(b)(6) deposition notice. All further submissions relating to the referred letter-motion must comply with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses, with the following modifications:

Plaintiffs have not yet responded substantively to the letter-motion. They may do so no later than **July 15, 2021.** Defendants' optional reply is due no later than **July 16, 2021**. Judge Moses will hold a discovery conference on **July 19, 2021 at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. It is Judge Moses's practice to resolve discovery disputes at the conference, based on the parties' letters and such argument as may be presented by counsel, unless the Court determines that more formal briefing is required.

Dated: New York, New York
       July 13, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**