USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRON BELLE, et al.,

    Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

19-CV-2673 (VEC) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendants' July 9, 2021 letter-motion seeking a protective order with regard to plaintiffs' second amended Rule 30(b)(6) deposition notice is GRANTED in part and DENIED in part in accordance with the Court's oral ruling this morning. The close of fact discovery is EXTENDED through **August 31, 2021**. The Clerk of Court is respectfully directed to close Dkt. Nos. 127 and 132.

Dated: New York, New York
       July 19, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**