```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TERRON BELLE, WILLIAM RIOS, RICHARD           :
APPIAH, EDISON QUITO, BONACIO CRESPI,         :
JAMEEL LANG, LUIS RIOS,                       :
on behalf of themselves and others similarly  :
situated,                                     :
                                              :
                            Plaintiffs,       :       19-CV-2673 (VEC)
                                              :
            -against-                         :       ORDER
                                              :
THE CITY OF NEW YORK,                         :
NEW YORK CITY POLICE OFFICERS                 :
"JOHN DOE" 1-50, in their individual and      :
official capacities,                          :
                            Defendants.       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the deadline for fact discovery in this matter is August 31, 2021, Dkt. 135;

      WHEREAS on August 6, 2021, Plaintiffs filed a motion to amend their complaint, Dkt. 142; and

      WHEREAS on August 25, 2021, the parties informed Chambers that they dispute whether certain discovery pertaining to the incidents Plaintiffs propose to add to their complaint must be produced prior to the Court's resolution of the motion to amend;

      IT IS HEREBY ORDERED that any remaining fact discovery pertaining to the incidents Plaintiffs propose to add to their complaint does not need to be produced by the August 31, 2021 deadline. The Court will address the discovery dispute when it resolves Plaintiffs' motion to amend. All other fact discovery must be complete by August 31, 2021.

**SO ORDERED.**

Date: August 25, 2021
     New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**