

Handley Farah & Anderson PLLC

November 24, 2021

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

Re: <u>Belle, et al., v. City of New York, et al., 19 CV 2673 (VEC) (BM)</u>

Dear Judge Caproni:

The parties write to jointly request a Settlement Conference before United States Magistrate Judge Barbara Moses.

Over the past several weeks, the parties have exchanged letters pursuant to Rule 408, outlining proposed settlement terms. While the parties have varying degrees of differences, Counsel for Plaintiffs and Defendants are prepared to engage in a productive mediation to see if an agreement can be reached. We respectfully request that the Settlement Conference be scheduled on December 13, 14, 16 or 17 or between January 4-13, or as soon thereafter as the Magistrate Judge's calendar allows.

Thank you for your consideration of this matter.

Respectfully submitted,

| | |
|---|---|
| CYRUS JOUBIN | GEORGIA M. PESTANA |
| 43 West 43rd Street, Suite 119 | Corporation Counsel of the |
| New York, NY 10036 | City of New York |
| | 100 Church Street |
| GEORGE FARAH | New York, NY 10007 |

| | |
|---|---|
| MATTHEW HANDLEY<br>REBECCA P. CHANG<br>HANDLEY FARAH & ANDERSON PLLC<br>777 6th Street NW, 11th Fl.<br>Washington, DC 20001 | *Attorney for City Defendants* |

JAMES L. BERNARD
DAVID J. KAHNE
TALONA H. HOLBERT
MICHAEL MALLON
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

MOLLY GRIFFARD
COREY STOUGHTON
THE LEGAL AID SOCIETY
199 Water Street, 6th Floor
New York, New York 10038

*Attorneys for Plaintiffs*

| By: _____ | By: _____/s_____ |
|---|---|
| Cyrus Joubin | Peter G. Farrell |
| *Attorney for Plaintiffs* | Amanda Rolon |