USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TERRON BELLE, WILLIAM RIOS, RICHARD :
APPIAH, EDISON QUITO, BONACIO CRESPI, :
JAMEEL LANG, LUIS RIOS, :
on behalf of themselves and others similarly :
situated, :
 :
                            Plaintiffs, :      19-CV-2673 (VEC)
 :
          -against- :      AMENDED ORDER OF
 :      REFRENCE TO A
THE CITY OF NEW YORK, :      MAGISTRATE JUDGE
NEW YORK CITY POLICE OFFICERS :
"JOHN DOE" 1-50, in their individual and :
official capacities, :
                            Defendants. :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       The above entitled action is referred to Magistrate Judge Moses for the following purpose:

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_X_ Settlement

__ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction) Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (i.e. motion requiring Report and Recommendation) Particular Motion: _____
_____

All such motions: ____

**SO ORDERED.**

Date:  November 29, 2021
       New York, New York

                                     **VALERIE CAPRONI**
                                     **United States District Judge**