USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
TERRON BELLE, WILLIAM RIOS, RICHARD
APPIAH, EDISON QUITO, LUIS RIOS,
on behalf of themselves and others similarly
situated,

                       Plaintiffs,

                  -against-

THE CITY OF NEW YORK,
NEW YORK CITY POLICE OFFICERS
"JOHN DOE" 1-50, in their individual and
official capacities,

                       Defendants.
------------------------------------------------------------- X

19-CV-2673 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 6, 2021, Plaintiffs filed a motion to amend their complaint, Dkt. 142; and

       WHEREAS the parties are in settlement negotiations to resolve this matter.

       IT IS HEREBY ORDERED that Plaintiffs' motion to amend is STAYED.

       The Clerk of Court is respectfully directed to close the open motion at docket entry 142.

**SO ORDERED.**

**Date: February 28, 2022**
**New York, New York**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**