**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2022

# HFA

Handley Farah & Anderson PLLC

August 27, 2021

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

Re:     **Belle, et al., v. City of New York, et al., 19 CV 2673 (VEC)**

Dear Judge Caproni:

Plaintiffs respectfully write with Defendants' consent, in accordance with the Court's Rule 5(B)(ii), to request that an exhibit in Plaintiffs' motion to amend reply papers be filed under seal. The exhibit is Plaintiff Edison Quito's Domain Awareness System "Snapshot Report," which was produced and labeled by IBM as "HIGHLY CONFIDENTIAL." The document also contains Quito's photograph and personal information, as well as sensitive informational fields. These facts weigh in favor of filing under seal, notwithstanding the presumption of access discussed by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Thank you for your consideration of this matter.

Respectfully submitted,

CYRUS JOUBIN
43 West 43rd Street, Suite 119
New York, NY 10036

GEORGE FARAH

MATTHEW HANDLEY
REBECCA P. CHANG
HANDLEY FARAH & ANDERSON PLLC
777 6th Street NW, 11th Fl.
Washington, DC 20001

JAMES L. BERNARD
KEVIN CURNIN
DAVID J. KAHNE
TALONA H. HOLBERT
MICHAEL MALLON
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

MOLLY GRIFFARD
STEVEN WASSERMAN
COREY STOUGHTON
ANTHONY POSADA
THE LEGAL AID SOCIETY
199 Water Street, 6th Floor
New York, New York 10038

*Attorneys for Plaintiff*

By: _____

    Cyrus Joubin
    George F. Farah
    Matthew K. Handley
    Rebecca P. Chang
    James L. Bernard
    Kevin Curnin
    David J. Kahne
    TaLona H. Holbert
    Michael Mallon
    Molly Griffard
    Steven Wasserman
    Corey Stoughton
    Anthony Posada
    *Attorneys for Plaintiffs*

Application GRANTED.

The Clerk of Court is respectfully directed to close the open motion at docket entry 150.

  SO ORDERED.

*Valerie Caproni*  Date: February 28, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE