UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRON BELLE, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

19-CV-2673 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' most recent joint settlement update letter, submitted by email on December 2, 2022. No later than **December 16, 2022**, the parties shall submit a further joint update letter, by email, specifying (concisely) what issues remain to be resolved. The Court will then conduct a call, with counsel only, on **December 19, 2022, at 2:15 p.m.** At that time, counsel must call (888) 557-8511 and enter the access code 7746387. The Court will provide a security code by email closer to the date of the conference.

Dated: New York, New York
       December 7, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**