

199 Water Street, 6th Floor
New York, NY 10038
(212) 577-3300
www.legal-aid.org

Janet E. Sabel
*Attorney-in-Chief*
Chief Executive Officer

Justine M. Luongo
*Attorney-in-Charge*
Criminal Practice

Corey Stoughton
*Attorney-in-Charge*
Law Reform & Special Litigation

December 16, 2022

<u>**VIA EMAIL**</u>
Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 20A
New York, NY 10007

Re: <u>*Belle, et al., v. City of New York, et al.*</u>, 19 CV 2673 (VEC) (BM)

Dear Judge Moses,

The Parties respectfully submit this joint letter to update the Court that the Parties have reached a settlement agreement which will be filed by Defendants later today. *See* Stipulation of Settlement, Ex. A. We thank Your Honor for the Court's assistance with achieving this outcome after holding a settlement conference and encouraging the Parties' continued progress towards resolution of this case. Based on this development, we request that this letter satisfy the Court's order for an update by email no later than today, and that the call with the Court scheduled for December 19, 2022 be canceled as it is no longer necessary to resolve this matter. *See* ECF 169.

Thank you for your time and consideration in this matter.

Respectfully submitted,

CYRUS JOUBIN
43 West 43rd Street, Suite 119
New York, NY 10036

GEORGE FARAH
MATTHEW HANDLEY
REBECCA P. CHANG
HANDLEY FARAH & ANDERSON PLCC
777 6th Street NW, 11th Fl.
Washington, DC 20001

Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

*Attorney for City Defendants*

By: ___/s/ Mark Zuckerman_____
      Mark Zuckerman

**Justice in Every Borough.**

DAVID J. KAHNE
MICHAEL MALLON
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

COREY STOUGHTON
STEVE WASSERMAN
MOLLY GRIFFARD
THE LEGAL AID SOCIETY
199 Water Street, 6th Floor
New York, NY 10038

*Attorneys for Plaintiffs*


By: ___/s/ Molly Griffard_____
         Molly Griffard

**Justice in Every Borough.**