USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

TERRON BELLE, WILLIAM RIOS, RICHMOND APPIAH, EDISON QUITO, LUIS RIOS,

                              Plaintiffs,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE OFFICERS BRIAN DESTEFANO, DANIEL MARDJONOVIC, STEVEN BARRY, and "JOHN DOE" 1-50,

                              Defendants.

------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

19 Civ. 2673 (VEC)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2.    Notwithstanding the dismissal of this action, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
          December 14, 2022

CYRUS JOUBIN
43 West 43rd Street, Suite 119
New York, NY 10036

By: _____
    Cyrus Joubin

HANDLEY FARAH & ANDERSON PLLC
*Attorneys for Plaintiffs*
777 6th Street NW, 11th Fl.
Washington, DC 20001

By: _____
    George Farah
    Matthew Handley
    Rebecca P. Chang

THE LEGAL AID SOCIETY
*Attorneys for Plaintiffs*
199 Water Street
New York, NY 10038

By _____
    Corey Stoughton
    Steven Wasserman
    Molly Griffard

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, Brian Destefano, Daniel Mardjonovic and Steven Barry*
100 Church Street, 4th Floor
New York, New York 10007

By: _____
    Mark Zuckerman
    *Senior Counsel*

STROOCK & STROOCK & LAVAN LLP
*Attorneys for Plaintiffs*
180 Maiden Lane
New York, NY 10038

By: _____
David J. Kahne
Michael Mallon

> The Clerk of Court is respectfully directed to delete the language "on behalf of himself and others similarly situated" after the names of Plaintiffs William Ross and Terron Belle, as this dismissal is only operative between the individual Plaintiffs and the Defendants.

SO ORDERED:

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE

Dated: __December 16__, 2022